# SEALED MATTER

CASE NUMBER  08-50145

DEFENDANT NO.  _____

CASE TYPE  ____ CR   ____ CV   ✓ X

____ MW   ____ PO

DISTRICT JUDGE  DENISE PAGE HOOD

SIGNED BY
JUDICIAL OFFICER  ~~DENISE PAGE HOOD~~

NEW CASE  ✓ YES   ____ NO

# DOCUMENT PLACED IN VAULT
TIME STAMP IN THIS BLANK AREA

FILED
2008 FEB 22 P 4: 04
U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

REV. 02/27/04