

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Request from the Republic of
Latvia pursuant to the Treaty
between the United States of
America and the Republic of
Latvia on Mutual Legal
Assistance in Criminal Matters
in the Matter of RMKS Ltd.

_____/

CRIMINAL NO. 08-x-50145

HONORABLE DENISE PAGE HOOD

## MOTION TO UNSEAL

THE UNITED STATES OF AMERICA respectfully requests that the Application For Order Pursuant To The Treaty On Mutual Legal Assistance In Criminal Matters And Title 28 United States Code Section 1782, the Order, the Motion and Order to Seal and all minute entries in this case be unsealed for the following reasons:

1. That the United States is no longer apprehensive the criminal investigation would be compromised.

TERRENCE BERG
United States Attorney

Mark J. Chasteen
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9715

DATED: April 13, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Request from the Republic of
Latvia pursuant to the Treaty
between the United States of
America and the Republic of
Latvia on Mutual Legal
Assistance in Criminal Matters
in the Matter of RMKS Ltd.
_____/

CRIMINAL NO. 08-x-50145

HONORABLE DENISE PAGE HOOD

ORDER TO UNSEAL

Upon motion of the government, and for the reasons given, IT IS HEREBY ORDERED that the Application For Order Pursuant To The Treaty On Mutual Legal Assistance In Criminal Matters And Title 28 United States Code Section 1782, the Order, the Motion and Order to Seal and all minute entries in the above-named matter be unsealed.

IT IS SO ORDERED.

_____
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

Date: **APR 2 4 2009**